Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MITCHELL,<br><br>           Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>           Respondent. | Case No. CV 11-5335-RGK (OP)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: JUL 25 2011

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

*(signature)*

HONORABLE OSWALD PARADA
United States Magistrate Judge